# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| RICHARD B. KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 08-322-GPM |
| ) | |
| JACOB NULL, MARVIN POWERS, ) | |
| J. SISK, TERRY CALIPER, ) | |
| MAJOR BRANCH, Lt. OSMAN, and ) | |
| Unknown Tact C/O's Involved, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This action comes before the Court on the Motion to Intervene **(Doc. 16)**, filed by Yolande Johnson, the Warden of Tamms Correctional Center, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Warden's motion **(Doc. 16)** is **GRANTED**, and Yolande Johnson, the Warden of Tamms Correctional Center, is granted leave to intervene herein, with regard to the Court's Order of January 9, 2009, e-filed as Ct. Document No. 14.

**IT IS SO ORDERED.**

**DATED: January 23, 2009**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**