IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RICHARD B. KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 08-322-GPM |
| | ) | |
| JACOB NULL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

This matter is before the Court on Plaintiff's motion for reconsideration (Doc. 20). In a Memorandum and Order (Doc. 6) entered October 21, 2008, this Court found that Plaintiff's complaint survived review under 28 U.S.C. § 1915A and referred the action to the Honorable Clifford J. Proud, United States Magistrate Judge, for further pre-trial proceedings pursuant to Local Rule of the United States District Court for the Southern District of Illinois 72.1(a)(2).

In that Memorandum and Order, the undersigned also denied without prejudice Plaintiff's motion for appointment of counsel after finding that Plaintiff appears competent to represent himself. In the instant motion for reconsideration, Plaintiff asks this Court to reconsider its Order denying Plaintiff's motion for appointment of counsel.

Upon review, this Court concludes that its decision to deny without prejudice Plaintiff's motion to appoint counsel was correct. Accordingly, Plaintiff's motion for reconsideration (Doc. 20) is **DENIED**.

**IT IS SO ORDERED.**

DATED: 03/02/09

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge