IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD B. KELLY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **08-322-GPM** |
| ) | |
| **JACOB NULL**, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Kelly's "Motion to Quash Part of Defendant's Objection to Plaintiff's Request for Production of Documents." **(Doc. 33).** Apparently, plaintiff is attempting to modify discovery requests to which an objection has been lodged, as he repeatedly discusses his willingness to "settle" for alternate documents or other information.

Plaintiff has not submitted copies or verbatim recitations of the discovery requests and objections at issue, as required by Local Rule 26.1(b)(3).

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 33)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: March 4, 2009**　　　　　　　　　　s/ Clifford J. Proud
　　　　　　　　　　　　　　　　　　　　　　**CLIFFORD J. PROUD**
　　　　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**