IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RICHARD B. KELLY**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **08-322-GPM** |
| | ) | |
| **JACOB NULL**, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's "Motion to Compel a Discovery Response to Admits Fully" [sic]. **(Doc. 67).** The Court construes the motion as relating to the sufficiency of the defendants' answers and/or objections to plaintiff's requests for admission, pursuant to Federal Rule of Civil Procedure 36(a).

A review of the record reveals two separate requests for admission; one directed to defendants Powers and Caliper, and the other directed to defendants Null, Sisk, Branch and Osman. **(Docs. 30 and 31).** Plaintiff has not attached copies of the requests for admission and/or responses at issue, or otherwise specified which defendants and which requests are at issue. Therefore, it is impossible for the Court to analyze the propriety of the defendants' responses.

**IT IS HEREBY ORDERED** that the subject motion **(Doc. 67)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  May 14, 2009**               s/ Clifford J. Proud
                                                                **CLIFFORD J. PROUD**
                                                                 **U. S. MAGISTRATE JUDGE**