IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD B. KELLY**, )
)
    Plaintiff, )
)
V. ) Civil No. **08-322-GPM**
)
**JACOB NULL**, )
)
    Defendant. )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for leave to take the written depositions of other inmates, whom he does not identify. **(Doc. 119).**

Federal Rule of Civil Procedure 31(a)(2), states that leave of court must be obtained in order to depose an inmate. The Court appreciates that plaintiff wants to depose inmate witnesses, but authorization of the deposition of an inmate will likely run afoul of prison regulations that prohibit communication between inmates due to security concerns previously raised in this action. Therefore, the Court will not merely grant plaintiff blanket permission to depose unspecified inmates.

Upon motion specifying who plaintiff would like to depose upon written questions and a general description of what that person is likely to testify to, the Court will be able to more adequately analyze the appropriateness of permitting the deposition(s).

1

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 119)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: August 6, 2009**               **s/ Clifford J. Proud**
                                        **CLIFFORD J. PROUD**
                                        **U. S. MAGISTRATE JUDGE**