IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD B. KELLY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08-322-GPM |
| JACOB NULL, et al., | ) |
| Defendants. | ) |

## CERTIFICATION

This case is certified as being ready for a final pretrial conference and trial setting. The Clerk is directed to return the file to Judge G. Patrick Murphy for further proceedings.

SO ORDERED.

DATED: September 1, 2009

S/Clifford J. Proud
**CLIFFORD J. PROUD**
**United States Magistrate Judge**